UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LOPEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>OUTSOURCE UTILITY CONTRACTOR CORP.,<br><br>           Defendant. | No.  1:23-cv-01040-ADA-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 13) |

     On August 30, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 13.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 31, 2023**                    /s/ *Sheila K. Oberto*               
                                                            UNITED STATES MAGISTRATE JUDGE